1052

[No. 26113-1-III.   Division Three.   February 7, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. E.C.R., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 07-8-00201-5, Susan L. Hahn, J., entered April 3, 2007. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Schultheis and Brown, JJ.